1  Name: ARCHIBALD CUNNINGHAM
2  Address: 1489 MCALLISTER
   SFCA 94115
3  Phone Number: 415 563-1828
4  E-mail Address: archcunnghm@yahoo.com
5  Pro Se

6              UNITED STATES DISTRICT COURT
7           NORTHERN DISTRICT OF CALIFORNIA

8  Archibald Cunningham            )  Case Number: 14-cv-03250-VC
9                                  )
                                   )  [PROPOSED] ORDER GRANTING
                                   )  MOTION FOR PERMISSION FOR
10              Plaintiff,         )  ELECTRONIC CASE FILING
                                   )
11     vs.                         )  DATE:
                                   )  TIME:
12  Kevin Singer, et. al.          )  COURTROOM:
                                   )  JUDGE:
13                                 )
                Defendant.         )
14

15      The Court has considered the Motion for Permission for Electronic Case Filing.  Finding
16  that good cause exists, the Motion is GRANTED.
17

18
19      IT IS SO ORDERED.

20      DATED: August 12, 2014

GRANTED

Judge Vince Chhabria