UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARCHIBALD CUNNINGHAM, | |
|---|---|
| Plaintiff, | Case No. 14-cv-03250-VC |
| v. | **ORDER OF RECUSAL** |
| KEVIN SINGER, et al., | Re: Dkt. No. 23 |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The undersigned judge is recused from cases in which the City and County of San Francisco ("City") is a party. Although the caption of the complaint does not include the City among the defendants, the body of the complaint does identify the City as a defendant, and it includes an assertion of municipal liability.

Therefore, I find myself disqualified in the above-entitled action and hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: August 15, 2014

VINCE CHHABRIA
United States District Judge