**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIBALD CUNNINGHAM, | No. 14-cv-03250-CRB |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO RESCHEDULE HEARING** |
| v. | |
| KEVIN SINGER, ET AL., | |
| Defendants. | |

For good cause showing, it is hereby ORDERED that the October 31, 2014 hearing is rescheduled to November 14, 2014, at 10:00 a.m., in Courtroom 6 of the United States District Court at 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 22, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE