IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARCHIBALD CUNNINGHAM,

    Plaintiff,

v.

KEVIN SINGER, JOHN SCOTT MCKAY, MICHAEL COOMBS, TAMARA WOODS, DONALD EVANS QUIDACHAY, LILLIAN SING, MING-LEE, T. MICHAEL YUEN, CANTIL SAKAUYE, ANTHONY KLINE, JAMES RICHMOND, RECEIVER SPECIALISTS, and A. JAMES ROBERTSON, II,

    Defendants.

No. C 14-03250 WHA

**ORDER RE DEADLINE TO MOVE FOR DISQUALIFICATION OF ASSIGNED JUDGE**

    The undersigned judge has been assigned this case after several other district court judges recused themselves. At least for now, the undersigned judge does not intend to recuse himself, but wishes to bring to the attention of all parties that defendants Justice Anthony Kline and Judge A. James Robertson II are acquaintances of the undersigned judge (but not social friends). In addition, the undersigned judge has met defendant Chief Justice Cantil Sakauye.

    The parties will please be aware that any motion to disqualify the undersigned judge must be made by **12 PM ON DECEMBER 9, 2014**. Upon motion, this deadline will possibly be extended for any party who does not receive actual or constructive notice of this action.

    **IT IS SO ORDERED.**

Dated: November 18, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE